# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

April 25, 2016

Submitted via ECF

Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York  1007

Re.    United States v. Timothy Muir, 16-cr-00091

Dear Judge Castel:

During Friday's court appearance in this matter, I advised the Court, as I was so obligated, that I had been directed by the Honorable Richard L. Buchter, Justice of the Supreme Court, County of Queens, to be prepared to commence a lengthy jury trial on October 31, 2016. This Court inquired of the docket number of the Queens County case.  So, in answer to the Court's inquiry on Friday, I now provide the specifics of the case to which I referred.

The case is entitled People v. Samuel Hiller, Queens County Indictment Number 00378-2014.  As noted, the case has been assigned to Justice Richard L. Buchter.  The case is scheduled for a pre-trial conference on September 20, 2016, and for trial on Monday October 31, 2016 at 9:30 AM.

I thank the Court for its attention to this matter.

Respectfully submitted,

Marc Agnifilo

cc.    All Counsel (via ECF)