Case 1:16-cr-00091-PKC   Document 61   Filed 06/10/16   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

SCOTT TUCKER

    Defendants.
-------------------------------------------------------x

ORDER

16 CR 91   (PKC)

P. Kevin Castel, U.S.D.J.

PAUL SHECTMAN, attorney (retained in) ~~assigned to~~ this case, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to JAMES ROTH, pursuant to the ~~terms~~ (terms) of the CJA Plan, subject to possible later reimbursement.

SO ORDERED.

_____
United States District Judge

Dated: New York, New York
~~November 6, 2013~~
6-10-16