UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

16 Cr. 91 (PKC)

-against-

ORDER

SCOTT TUCKER and TIMOTHY MUIR,

Defendants.
------------------------------------x

CASTEL, U.S.D.J.

For good cause shown, I will adjourn the trial of this action to April 17, 2017 at 10:00 a.m. THE UNDERSIGNED DOES NOT ANTICIPATE GRANTING A FURTHER ADJOURNMENT OF THE TRIAL DATE.

The following schedule is ORDERED:

1. Any and all motions by a defendant (other than motions in limine) shall be filed no later than September 16, 2016.
2. The government shall respond by October 7, 2016.
3. Defendants may file a reply by October 21, 2016.
4. Government proposed jury instructions, voir dire and in limine motions (including Rule 404(b) notice) shall be filed by January 18, 2017.
5. Defense objections and responses to submissions described in paragraph 4, as well as any proposed instructions and voir dire and any in limine motions of their own shall be filed by February 17, 2017.
6. Response by government to submissions described in paragraph 5 and reply with regard to their own in limine motions shall be filed by March 3, 2017.
7. Any reply by defendants on their own in limine motions shall be filed by March 17, 2016.
8. A Final Pretrial Conference will be held on April 7, 2017 at 2 p.m.

The Court accepts the government's representation that it will produce material covered by 18 U.S.C. § 3500 two weeks prior to trial, i.e. April 3, 2017.

The ends of justice will be served by granting a continuance of the trial to April 17, 2017 and that the need for this continuance substantially outweighs the best interests of the public and the defendants in a speedy trial. The reasons for my finding are

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-30-16

that the time is needed for newly-appointed defense counsel for Mr. Tucker to adequately prepare for trial given the large volume of documents and to accommodate the trial schedule of counsel for co-defendant Mr. Mr. Muir. Accordingly the time between today and April 17, 2017 is excluded under the Speedy Trial Act.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
June 30, 2016