AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   16-cr-091 (PKC) |
| Scott Tucker | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott Tucker

Date:  09/01/2016

/s/ Beverly Van Ness
*Attorney's signature*

Beverly Van Ness  1409416
*Printed name and bar number*

233 Broadway, Suite 2704
New York, NY 10279

*Address*

bvanness.law@gmail.com
*E-mail address*

(212) 274-0402
*Telephone number*

*FAX number*