```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-13-16
```

**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

**MEMO ENDORSED**

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

October 6, 2016

**BY ECF**
The Honorable. P. Kevin Castel
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*Application granted. SO ORDERED. /s/ 10-12-16*

Re:  **United States v. Scott Tucker, et al. 16 Cr 0091 (PKC)**

Dear Judge Castel,

I write with the consent of the government and Mr. Tucker's pre-trial officer to seek permission for Mr. Tucker to travel on October 20, 2016 and returning October 23, 2016 between his home in Kansas to Boston, Massachusetts to attend Parents' Weekend with his daughter at Boston College.

Mr. Tucker will continue to report weekly electronically, submit his monthly electronic report form, and abide by all other conditions of his bond.

Very truly yours,

James Roth

cc: Niketh Varadaraj Velamoor, A.U.S.A
    Marlin Carlson, U.S.P.T.O.

JR/Tucker/trav rqst