the loans and to make payments on the loans exceeding the amounts allowed by law and the amounts which the customers were told they were required to pay.

48.   It was a part and object of the conspiracy that SCOTT TUCKER and TIMOTHY MUIR, the defendants, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

(Title 18, United States Code, Section 1349.)

## COUNT SIX
### (Wire Fraud)

The Grand Jury further charges:

49.   The allegations contained in paragraphs 1 through 34 above are hereby repeated, realleged, and incorporated by reference herein as though fully set forth herein.

50.   From at least in or about 2004 up to and including in or about August 2013, in the Southern District of New York and

31

elsewhere, SCOTT TUCKER and TIMOTHY MUIR, the defendants, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, and by such conduct, did affect a financial institution, to wit, TUCKER and MUIR made material misrepresentations concerning the true cost of payday loans offered by the Tucker Payday Lenders and the identity of the lender offering the loans in order to induce customers to obtain the loans and to make payments on the loans exceeding the amounts allowed by law and the amounts which the customers were told they were required to pay.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT SEVEN
### (Money Laundering Conspiracy)

The Grand Jury further charges:

51.    The allegations contained in paragraphs 1 through 34 above are hereby repeated, realleged, and incorporated by reference herein as though fully set forth herein.

32

52.   From at least in or about 2004 up to and including in
or about August 2013, in the Southern District of New York and
elsewhere, SCOTT TUCKER and TIMOTHY MUIR, the defendants, and
others known and unknown, knowingly and intentionally did
combine, conspire, confederate, and agree together and with each
other to violate Title 18, United States Code, Sections
1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

53.   It was a part and an object of the conspiracy that
SCOTT TUCKER and TIMOTHY MUIR, the defendants, and others known
and unknown, in offenses involving and affecting interstate and
foreign commerce, knowing that the property involved in certain
financial transactions represented proceeds of some form of
unlawful activity, would and did conduct and attempt to conduct
such financial transactions, which in fact involved the proceeds
of specified unlawful activity, to wit, wire fraud, in violation
of Title 18, United States Code, Section 1343, with the intent
to promote the carrying on of such specified unlawful activity,
in violation of Title 18, United States Code, Section
1956(a)(1)(A)(i).

54.   It was a further part and object of the conspiracy
that SCOTT TUCKER and TIMOTHY MUIR, the defendants, and others
known and unknown, in offenses involving and affecting
interstate and foreign commerce, knowing that the property

33

involved in certain financial transactions represented proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

### COUNT EIGHT
### (Promotion Money Laundering)

The Grand Jury further charges:

55. The allegations contained in paragraphs 1 through 34 above are hereby repeated, realleged, and incorporated by reference herein as though fully set forth herein.

56. From at least in or about 2004 up to and including in or about August 2013, in the Southern District of New York and elsewhere, SCOTT TUCKER and TIMOTHY MUIR, the defendants, and others known and unknown, in offenses involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented proceeds

34

of some form of unlawful activity, did conduct and attempt to conduct such financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, with the intent to promote the carrying on of such specified unlawful activity, to wit, TUCKER and MUIR used the proceeds of illegal payday loans to advertise and generate leads for, and to fund, new payday loans to additional customers by the Tucker Payday Lenders.

(Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.)

## COUNT NINE
### (Concealment Money Laundering)

The Grand Jury further charges:

57.   The allegations contained in paragraphs 1 through 34 above are hereby repeated, realleged, and incorporated by reference herein as though fully set forth herein.

58.   From at least in or about 2004 up to and including in or about August 2013, in the Southern District of New York and elsewhere, SCOTT TUCKER and TIMOTHY MUIR, the defendants, and others known and unknown, in offenses involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented proceeds of some form of unlawful activity, did conduct and attempt to

35

conduct such financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, to wit, TUCKER and MUIR engaged in financial transactions involving the proceeds of illegal payday loans, including various transactions involving nominally tribal entities, in order to conceal their ownership and/or control of the Tucker Payday Lenders, their receipt of proceeds of the illegal loans, and the illegal nature and source of their ill-gotten gains.

(Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.)

## COUNTS TEN THROUGH FOURTEEN
### (False TILA Disclosures)

The Grand Jury further charges:

59. The allegations contained in paragraphs 1 through 34 above are hereby repeated, realleged, and incorporated by reference herein as though fully set forth herein.

60. From at least in or about 2004 through in or about 2012, SCOTT TUCKER and TIMOTHY MUIR, the defendants, and others known and unknown, in the Southern District of New York and

36

elsewhere, willfully and knowingly gave false and inaccurate information and failed to provide information which they were required to disclose under the Truth in Lending Act, 15 U.S.C. §§ 1601 et seq. and regulations issued thereunder ("TILA"), and used a chart and table authorized by the Bureau of Consumer Financial Protection under 15 U.S.C. § 1606 in such a manner as to consistently understate the annual percentage rate determined under 15 U.S.C. § 1606(a)(1)(A), to wit, the defendants gave customers false and inaccurate information in TILA disclosures that materially understated the true cost of the loans extended by each of the Tucker Payday Lenders set forth below:

| Count | Tucker Payday Lender |
|-----------|----------------------|
| Ten | Ameriloan |
| Eleven | United Cash Loans |
| Twelve | US FastCash |
| Thirteen | 500 FastCash |
| Fourteen | One Click Cash |

(Title 15, United States Code, Section 1611 and
Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATIONS

61.  As a result of committing the offenses alleged in Counts One, Two, Three, and Four of this Indictment, SCOTT TUCKER and TIMOTHY MUIR, the defendants, shall forfeit to the

37

United States, pursuant to Title 18, United States Code, Section 1963, a sum of United States currency equal to at least $2,000,000,000.00 in that such a sum represents (i) any interest acquired or maintained as a result of the offenses alleged in Counts One, Two, Three, and Four; (ii) any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over of any enterprise which the defendant has established, operated, controlled, conducted, or participated in the conduct of, as part of the offenses charged in Counts One, Two, Three, or Four; or (iii) any property, constituting or derived from, any proceeds obtained, directly or indirectly, from the unlawful collections of debt charged in Counts One, Two, Three, and Four, including, but not limited to:

    i.    Any and all funds in account number 10840015031 in the name of BA Services LLC at Midwest Trust Company and any and all funds traceable thereto;

    ii.    Any and all funds in account number 10840015021 in the name of Tucker Scott FI at Midwest Trust Company and any and all funds traceable thereto;

    iii.    Any and all funds in account number 10840015041 in the name of Tucker Scott EQ at Midwest Trust Company and any and all funds traceable thereto;

    iv.    Any and all funds in account number 10840015556 in the name of Scott Tucker LT FI at Midwest Trust Company and any and all funds traceable thereto;

38

     v.      Any and all funds in account number
97363826 in the name of Kim Cunningham
Tucker TTEE at Charles Schwab and any
and all funds traceable thereto;

    vi.    Any and all funds in account number
10840017641 in the name of Kim Tucker
at Midwest Trust Company and any and
all funds traceable thereto;

   vii.    Any and all funds in account number
2727864 in the name of BA Services LLC
- Operating Account at Welch Bank and
any and all funds traceable thereto;

  viii.    Any and all funds in account number
10840016009 in the name of Black Creek
Capital LLC at Midwest Trust Company
and any and all funds traceable
thereto;

    ix.    Any and all funds in account number
1218503 in the name of Level 5
Motorsports LLC at Capital City Bank
and any and all funds traceable
thereto;

    x.    Any and all funds in account number
4026665 in the name of West Fund LLC at
Freedom Bank and any and all funds
traceable thereto;

    xi.    Any and all funds in account number
18221313 in the name of Kim C. Tucker
at Charles Schwab and any and all funds
traceable thereto;

   xii.    Any and all funds in account number
741003284 in the name of Stephanie R.
Tucker Muir at Commerce Bank and any
and all funds traceable thereto;

  xiii.    Any and all funds in account number
35104126 in the name of Scott A. Tucker

at Charles Schwab and any and all funds traceable thereto;

xiv. Any and all funds in account number 597554 in the name of Scott A. Tucker POD Kim Tucker at First National Bank of Louisburg and any and all funds traceable thereto;

xv. Any and all funds in account number 590957615 in the name of Tim J. Muir at Commerce Bank and any and all funds traceable thereto;

xvi. Any and all funds in account number 4026053 in the name of West Fund LLC at Freedom Bank and any and all funds traceable thereto;

xvii. Any and all funds in account number 4026061 in the name of West Fund LLC at Freedom Bank and any and all funds traceable thereto;

xviii. Any and all funds in account number 13154972 in the name of Kim C. Tucker at Charles Schwab and any and all funds traceable thereto;

xix. Any and all funds in account number 2727974 in the name of BA Services LLC – Payroll Account at Welch Bank and any and all funds traceable thereto;

xx. Any and all funds in account number 735106896 in the name of Stephanie R. Tucker or Tim J. Muir at Commerce Bank and any and all funds traceable thereto;

xxi. Any and all funds in account number 145591766784 in the name of AMG Capital Management LLC at US Bank and any and all funds traceable thereto;

40

xxii.     Any and all funds in account number 1218423 in the name of Level 5 Management LLC at Capital City Bank and any and all funds traceable thereto;

xxiii.    Any and all funds in account number 1218458 in the name of Level 5 Apparel LLC at Capital City Bank and any and all funds traceable thereto;

xxiv.    Any and all funds in account number 603325 in the name of ST Capital LLC at First National Bank of Louisburg and any and all funds traceable thereto;

xxv.    Any and all funds in account number 1218431 in the name of Level 5 Eyewear LLC at Capital City Bank and any and all funds traceable thereto;

xxvi.    Any and all funds in account number 1218466 in the name of Level 5 Scientific LLC at Capital City Bank and any and all funds traceable thereto;

xxvii.    Any and all funds in account number 1218474 in the name of Level 5 Capital Partners LLC at Capital City Bank and any and all funds traceable thereto;

xxviii.    All right, title and interest in real property located at 269 Park Avenue, Aspen CO 81611, with all improvements, appurtenances, and attachments thereon;

xxix.    All right, title and interest in real property located at 2405 W. 114th Street, Leawood, KS 66211, with all improvements, appurtenances, and attachments thereon;

xxx.    One Ferrari 599XX bearing VIN: ZFF69PXX000170883;

xxxi.    One 2011 Ferrari 599 GTO bearing VIN:

41

ZFF70RCA2B0175653;

xxxii.   One 2011 Porsche Cayenne bearing VIN:
         WP1AE2A26BLA91678;

xxxiii.  One 2011 Ferrari 458 Challenge bearing
         VIN: ZFF71NXX000179226;

xxxiv.   One 2011 Ferrari 458 Challenge bearing
         VIN: ZFF71NXX000177700;

xxxv.    One 2011 Porsche 911 GT2 RS bearing
         VIN: WP0AE2A92BS778077;

xxxvi.   One 2011 Porsche Panamera Turbo bearing
         VIN: WP0AC2A71BL090988;

xxxvii.  One 2011 Ferrari SA Aperta bearing VIN:
         ZFF72RHA7B0181404;

xxxviii. One 2005 Porsche Carrera GT bearing
         VIN: WP0CA29835L001261;

xxxix.   One 2014 Ferrari 458 bearing VIN:
         ZFF68NHA8E0196808;

xl.      One Model 60 Learjet bearing FAA
         Registration N551ST;

62.   As a result of committing wire fraud and conspiracy to
commit the same, as alleged in Counts Five and Six of this
Indictment, SCOTT TUCKER and TIMOTHY MUIR, the defendants, shall
forfeit to the United States, pursuant to Title 18, United
States Code, Section 981(a)(1)(C) and Title 28, United States
Code, Section 2461, any and all property, real or personal,
which constitutes or is derived from proceeds traceable to the
commission of Counts Five and Six of the Indictment, including,

42

but not limited to, a sum of United States currency equal to at
least $2,000,000,000.00 representing the amount of proceeds
traceable to the commission of said offenses and including, but
not limited to, the following specific property:

      i. Any and all funds in account number
10840015031 in the name of BA Services LLC
at Midwest Trust Company and any and all
funds traceable thereto;

     ii. Any and all funds in account number
10840015021 in the name of Tucker Scott FI
at Midwest Trust Company and any and all
funds traceable thereto;

   iii. Any and all funds in account number
10840015041 in the name of Tucker Scott EQ
at Midwest Trust Company and any and all
funds traceable thereto;

    iv. Any and all funds in account number
10840015556 in the name of Scott Tucker LT
FI at Midwest Trust Company and any and all
funds traceable thereto;

     v. Any and all funds in account number
97363826 in the name of Kim Cunningham
Tucker TTEE at Charles Schwab and any and
all funds traceable thereto;

    vi. Any and all funds in account number
10840017641 in the name of Kim Tucker at
Midwest Trust Company and any and all funds
traceable thereto;

   vii. Any and all funds in account number 2727864
in the name of BA Services LLC – Operating
Account at Welch Bank and any and all funds
traceable thereto;

  viii. Any and all funds in account number
10840016009 in the name of Black Creek

43

Capital LLC at Midwest Trust Company and any and all funds traceable thereto;

ix. Any and all funds in account number 1218503 in the name of Level 5 Motorsports LLC at Capital City Bank and any and all funds traceable thereto;

x. Any and all funds in account number 4026665 in the name of West Fund LLC at Freedom Bank and any and all funds traceable thereto;

xi. Any and all funds in account number 18221313 in the name of Kim C. Tucker at Charles Schwab and any and all funds traceable thereto;

xii. Any and all funds in account number 741003284 in the name of Stephanie R. Tucker Muir at Commerce Bank and any and all funds traceable thereto;

xiii. Any and all funds in account number 35104126 in the name of Scott A. Tucker at Charles Schwab and any and all funds traceable thereto;

xiv. Any and all funds in account number 597554 in the name of Scott A. Tucker POD Kim Tucker at First National Bank of Louisburg and any and all funds traceable thereto;

xv. Any and all funds in account number 590957615 in the name of Tim J. Muir at Commerce Bank and any and all funds traceable thereto;

xvi. Any and all funds in account number 4026053 in the name of West Fund LLC at Freedom Bank and any and all funds traceable thereto;

xvii. Any and all funds in account number 4026061 in the name of West Fund LLC at Freedom

44

Bank and any and all funds traceable
thereto;

xviii. Any and all funds in account number
13154972 in the name of Kim C. Tucker at
Charles Schwab and any and all funds
traceable thereto;

xix. Any and all funds in account number 2727974
in the name of BA Services LLC - Payroll
Account at Welch Bank and any and all funds
traceable thereto;

xx. Any and all funds in account number
735106896 in the name of Stephanie R.
Tucker or Tim J. Muir at Commerce Bank and
any and all funds traceable thereto;

xxi. Any and all funds in account number
145591766784 in the name of AMG Capital
Management LLC at US Bank and any and all
funds traceable thereto;

xxii. Any and all funds in account number 1218423
in the name of Level 5 Management LLC at
Capital City Bank and any and all funds
traceable thereto;

xxiii. Any and all funds in account number 1218458
in the name of Level 5 Apparel LLC at
Capital City Bank and any and all funds
traceable thereto;

xxiv. Any and all funds in account number 603325
in the name of ST Capital LLC at First
National Bank of Louisburg and any and all
funds traceable thereto;

xxv. Any and all funds in account number 1218431
in the name of Level 5 Eyewear LLC at
Capital City Bank and any and all funds
traceable thereto;

xxvi. Any and all funds in account number 1218466
in the name of Level 5 Scientific LLC at

Capital City Bank and any and all funds
traceable thereto;

xxvii. Any and all funds in account number 1218474
in the name of Level 5 Capital Partners LLC
at Capital City Bank and any and all funds
traceable thereto;

xxviii. All right, title and interest in real
property located at 269 Park Avenue, Aspen
CO 81611, with all improvements,
appurtenances, and attachments thereon;

xxix. All right, title and interest in real
property located at 2405 W. 114th Street,
Leawood, KS 66211, with all improvements,
appurtenances, and attachments thereon;

xxx. One Ferrari 599XX bearing VIN:
ZFF69PXX000170883;

xxxi. One 2011 Ferrari 599 GTO bearing VIN:
ZFF70RCA2B0175653;

xxxii. One 2011 Porsche Cayenne bearing VIN:
WP1AE2A26BLA91678;

xxxiii. One 2011 Ferrari 458 Challenge bearing VIN:
ZFF71NXX000179226;

xxxiv. One 2011 Ferrari 458 Challenge bearing VIN:
ZFF71NXX000177700;

xxxv. One 2011 Porsche 911 GT2 RS bearing VIN:
WP0AE2A92BS778077;

xxxvi. One 2011 Porsche Panamera Turbo bearing
VIN: WP0AC2A71BL090988;

xxxvii. One 2011 Ferrari SA Aperta bearing VIN:
ZFF72RHA7B0181404;

xxxviii. One 2005 Porsche Carrera GT bearing VIN:
WP0CA29835L001261;

46

xxxix.  One 2014 Ferrari 458 bearing VIN:
ZFF68NHA8E0196808;

xl.  One Model 60 Learjet bearing FAA
Registration N551ST;

63.  As a result of committing the money laundering
offenses alleged in Counts Seven through Nine of this
Indictment, SCOTT TUCKER and TIMOTHY MUIR, the defendants, shall
forfeit to the United States, pursuant to Title 18, United
States Code, Section 982(a)(1), any and all property, real or
personal, involved in said offenses, or any property traceable
to such property, including, but not limited to, a sum of United
States currency equal to at least $2,000,000,000.00
representing the amount of property involved in said offenses
and including, but not limited to, the following specific
property:

i.  Any and all funds in account number
10840015031 in the name of BA Services LLC
at Midwest Trust Company and any and all
funds traceable thereto;

ii.  Any and all funds in account number
10840015021 in the name of Tucker Scott FI
at Midwest Trust Company and any and all
funds traceable thereto;

iii.  Any and all funds in account number
10840015041 in the name of Tucker Scott EQ
at Midwest Trust Company and any and all
funds traceable thereto;

iv.  Any and all funds in account number
10840015556 in the name of Scott Tucker LT

47

FI at Midwest Trust Company and any and all
funds traceable thereto;

   v. Any and all funds in account number
      97363826 in the name of Kim Cunningham
      Tucker TTEE at Charles Schwab and any and
      all funds traceable thereto;

  vi. Any and all funds in account number
      10840017641 in the name of Kim Tucker at
      Midwest Trust Company and any and all funds
      traceable thereto;

 vii. Any and all funds in account number 2727864
      in the name of BA Services LLC - Operating
      Account at Welch Bank and any and all funds
      traceable thereto;

viii. Any and all funds in account number
      10840016009 in the name of Black Creek
      Capital LLC at Midwest Trust Company and
      any and all funds traceable thereto;

  ix. Any and all funds in account number 1218503
      in the name of Level 5 Motorsports LLC at
      Capital City Bank and any and all funds
      traceable thereto;

   x. Any and all funds in account number 4026665
      in the name of West Fund LLC at Freedom
      Bank and any and all funds traceable
      thereto;

  xi. Any and all funds in account number
      18221313 in the name of Kim C. Tucker at
      Charles Schwab and any and all funds
      traceable thereto;

 xii. Any and all funds in account number
      741003284 in the name of Stephanie R.
      Tucker Muir at Commerce Bank and any and
      all funds traceable thereto;

xiii. Any and all funds in account number
      35104126 in the name of Scott A. Tucker at

48

Charles Schwab and any and all funds
traceable thereto;

xiv. Any and all funds in account number 597554
in the name of Scott A. Tucker POD Kim
Tucker at First National Bank of Louisburg
and any and all funds traceable thereto;

xv. Any and all funds in account number
590957615 in the name of Tim J. Muir at
Commerce Bank and any and all funds
traceable thereto;

xvi. Any and all funds in account number 4026053
in the name of West Fund LLC at Freedom
Bank and any and all funds traceable
thereto;

xvii. Any and all funds in account number 4026061
in the name of West Fund LLC at Freedom
Bank and any and all funds traceable
thereto;

xviii. Any and all funds in account number
13154972 in the name of Kim C. Tucker at
Charles Schwab and any and all funds
traceable thereto;

xix. Any and all funds in account number 2727974
in the name of BA Services LLC - Payroll
Account at Welch Bank and any and all funds
traceable thereto;

xx. Any and all funds in account number
735106896 in the name of Stephanie R.
Tucker or Tim J. Muir at Commerce Bank and
any and all funds traceable thereto;

xxi. Any and all funds in account number
145591766784 in the name of AMG Capital
Management LLC at US Bank and any and all
funds traceable thereto;

xxii. Any and all funds in account number 1218423
in the name of Level 5 Management LLC at

49

Capital City Bank and any and all funds traceable thereto;

xxiii. Any and all funds in account number 1218458 in the name of Level 5 Apparel LLC at Capital City Bank and any and all funds traceable thereto;

xxiv. Any and all funds in account number 603325 in the name of ST Capital LLC at First National Bank of Louisburg and any and all funds traceable thereto;

xxv. Any and all funds in account number 1218431 in the name of Level 5 Eyewear LLC at Capital City Bank and any and all funds traceable thereto;

xxvi. Any and all funds in account number 1218466 in the name of Level 5 Scientific LLC at Capital City Bank and any and all funds traceable thereto;

xxvii. Any and all funds in account number 1218474 in the name of Level 5 Capital Partners LLC at Capital City Bank and any and all funds traceable thereto;

xxviii. All right, title and interest in real property located at 269 Park Avenue, Aspen CO 81611, with all improvements, appurtenances, and attachments thereon;

xxix. All right, title and interest in real property located at 2405 W. 114th Street, Leawood, KS 66211, with all improvements, appurtenances, and attachments thereon;

xxx. One Ferrari 599XX bearing VIN: ZFF69PXX000170883;

xxxi. One 2011 Ferrari 599 GTO bearing VIN: ZFF70RCA2B0175653;

xxxii. One 2011 Porsche Cayenne bearing VIN:

WP1AE2A26BLA91678;

    xxxiii. One 2011 Ferrari 458 Challenge bearing VIN: ZFF71NXX000179226;

    xxxiv. One 2011 Ferrari 458 Challenge bearing VIN: ZFF71NXX000177700;

    xxxv. One 2011 Porsche 911 GT2 RS bearing VIN: WP0AE2A92BS778077;

    xxxvi. One 2011 Porsche Panamera Turbo bearing VIN: WP0AC2A71BL090988;

    xxxvii. One 2011 Ferrari SA Aperta bearing VIN: ZFF72RHA7B0181404;

    xxxviii. One 2005 Porsche Carrera GT bearing VIN: WP0CA29835L001261;

    xxxix. One 2014 Ferrari 458 bearing VIN: ZFF68NHA8E0196808;

    xl. One Model 60 Learjet bearing FAA Registration N551ST;

## Substitute Asset Provision

64.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(i) cannot be located upon the exercise of due diligence;

(ii) has been transferred or sold to, or deposited with, a third person;

(iii) has been placed beyond the jurisdiction of the Court;

(iv) has been substantially diminished in value; or

(v) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 981, 982 and 1963(m), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

(Title 18, United States Code, Sections 981, 982 and 1963; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

FOREPERSON

PREET BHARARA
United States Attorney

52

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### SCOTT TUCKER and
### TIMOTHY MUIR

**Defendants.**

### SUPERSEDING
### INDICTMENT

S1 16 Cr. 91 (PKC)

(18 U.S.C. §§ 1343, 1349,
1956, 1962, 1963, and 2.)
(15 U.S.C. § 1611)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

11/30/16 FILED SUPERCODING INDICTMENT
(COT, (SM)