UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                    :           ECF CASE

UNITED STATES OF AMERICA

                                                    :           NOTICE OF APPEARANCE
                                                                 FOR ELECTRONIC NOTIFICATION

           - v. -                                     :

                                                    :           16 Cr. 91 (PKC)

SCOTT TUCKER, and                         :
TIMOTHY MUIR

                                                    :
                   Defendants.
-------------------------------------------------------x

TO:     Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                         Respectfully submitted,

                                                         PREET BHARARA
                                                         United States Attorney for the
                                                         Southern District of New York

                         by:   _____
                                                         Sagar K. Ravi
                                                         Assistant United States Attorney
                                                         (212) 637-2195