# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 1, 2017

**BY ECF (Ex Parte) & Fax (212)-805-7949**
The Honorable. P. Kevin Castel
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

### Re: <u>United States v. Scott Tucker, et al. 16Cr. 0091 (PKC)</u>

Dear Judge Castel,

I write to follow up a prior budget request for a line item for a jury consultant in the above matter. When we conferred with Mr. Tritz on the case budget he believed this was an appropriate request. I overlooked that the request was not granted in the approved budget. Mr. O'Toole's resume is attached again for reference. He has agreed to render his services at a reduced rate with an initial budget of $10,000.00 co-defendant, Mr. Muir will be billed separately and equally proportionately by Mr. O'Toole for the same amount of services rendered.

Due to the highly charged nature of the pay-day lending industry, the selection of an unbiased jury panel will be a challenge and the assistance of a jury consultant is warranted. I respectfully request that you reconsider this request and in the event that it is granted that you make the order <u>nunc pro tunc</u>.

Stampur & Roth

Additionally, the engagement of a forensic accounting firm which you recently authorized requires the addition of 4 user licenses from Modus E Discovery Inc. (the relevant term sheet is enclosed) at the rate of $100.00 per license for a total of $400.00 per month for the duration of their engagement to permit the firm's employees to search the relevant financial documents.

In the event that Your Honor has any questions about this request please contact me.

Very truly yours,

James Roth

Encls.

cc: Lee Ginsberg  (By Email)
    Jerry Tritz (By Email)



# Thomas M. O'Toole, Ph.D.
President & Consultant, Sound Jury Consulting

| | OFFICE | MAIL |
|---|---|---|
| 206-714-1096 | 1200 Fifth Ave, Ste 625 | P.O. Box 46863 |
| totoole@soundjuryconsulting.com | Seattle, WA 98101-3118 | Seattle, WA 98146 |

## PROFESSIONAL EXPERIENCE

☐ AUGUST 2013 - PRESENT

**Sound Jury Consulting**
President and Consultant
Seattle, WA

☐ DECEMBER 2005 - AUGUST 2013

**Tsongas Litigation Consulting**
Senior Consultant
Seattle, WA

☐ SEPTEMBER 2003 - DECEMBER 2005

**Advocacy Research Institute**
Intern
Lawrence, KS

## ADDITIONAL EXPERIENCE

☐ AUGUST 2003 - DECEMBER 2005

Public Speaking, Argument, & Debate Instructor
University of Kansas, Lawrence, KS

☐ AUGUST 2004 - MAY 2005

Interpersonal Communication & Public Speaking Instructor, Kansas City Community College
Kansas City, KS

☐ AUGUST 2001 - MAY 2003

Public Speaking, Argument, & Debate Instructor,
Kansas State University, Manhattan, KS

# PUBLICATIONS

- *Screenwriting and Trial Strategy: Common Principles and Practices.* King County Bar Bulletin, August, 2015.

- *The Games Attorneys Play in Jury Selection.* King County Bar Bulletin, June, 2015.

- *An Alternative View of Deliberations and Jury Persuasion.* King County Bar Bulletin, April, 2015.

- *The Right and Wrong Ways to Prepare Your Witness for Deposition.* King County Bar Bulletin, February, 2015.

- *Tips and Tricks for Effective Summary Judgment Motions and Argument.* King County Bar Bulletin, October, 2014.

- *The Sniper Defense: Principles for Defending Against Claims.* King County Bar Bulletin, August, 2014.

- *The Impact of Jury Constitution on Deliberations.* King County Bar Bulletin, July, 2014.

- *In the Shadows: Real-Time Juror Feedback from Trial.* King County Bar Bulletin, May, 2014.

- *The Pros & Cons to the Reptile Approach to Trying Cases.* King County Bar Bulletin, May, 2014.

- *The Essentials of Jury De-Selection.* Whitepaper, Spring, 2014.

- *The Keys to an Effective Medical Malpractice Defense.* Whitepaper, Fall, 2014.

- *Strategies on the Fringes of Storytelling.* King County Bar Bulletin, October, 2013.

- *Defeating the Reptile: Strategies for Dismantling the Plaintiff's Revolution.* Whitepaper, September, 2013.

- *Arming Witnesses for Success: Tips & Tools for Effective Deposition Preparation & Practice Sessions.* Whitepaper, August, 2013.

- *Effective Opening Statements & Closing Arguments.* King County Bar Bulletin, December, 2010.

- *Seeing the Forest Through the Trees: Closing Argument & Jury Instructions.* DeNovo, August, 2010.

- *Planning for Success: Three Ways to Better Manage Your Cases.* King County Bar Bulletin, October, 2009.

- *Defending Employment Cases: The Non-Testifying Expert in the Courtroom.* King County Bar Bulletin, September, 2009.

- *A Narrative Framework for Patent Litigation.* King County Bar Bulletin, June, 2009.

- *Telling Your Client's Story in Eleven Sentences or Less Leads to Better Trials.* DeNovo, February, 2009.

- *The Anatomy of a Medical Malpractice Verdict.* Montana Law Review, 2009. What No One Teaches Lawyers About Communication, DeNovo, December, 2008.

## SPEAKING ENGAGEMENTS

Tom has spoken across the country for various bar associations, corporations, and lawfirms on a variety of litigation-related topics. In 2009, Tom was invited to speak about jury decision-making in patent cases at the American Bar Association's Annual Meeting in Chicago, IL.

## EDUCATION

- University of Kansas
  Lawrence, KS
  **Doctor of Philosophy in Legal Communication and Psychology**

- Kansas State University
  Manhattan, KS
  **Master of Arts in Organizational Communication**

- Wichita State University
  Wichita, KS
  **Bachelor of Arts in Communication Studies**

MODUS™



# MODUS EDISCOVERY INC.
# LETTER OF ENGAGEMENT

Re: Tucker/Muir

PREPARED FOR:
Stampur & Roth

PREPARED BY:

Gabe Wiechman
816.521.8000
gabe.wiechman@discovermodus.com

MODUS™

MODUS™

**Appendix A**

| | | |
|---|---|---|
| **FORENSICS and COLLECTIONS** | | |
| Forensics Collections Support | Hourly | $295 |
| Forensics Senior Consulting and Investigations (Quoted per scope or matter) | Hourly | $325-$395 |
| Travel and Expenses/Shipping | AT COST | AT COST |
| Collection Kit (incl. prepped passkey hard drive, shipping) | Each | $350 |
| **PROCESSING/ECA*** | | |
| Indexing (or) Filtering (or) ECA Ingestion*** | GB | $75 |
| Native Processing (or) Native Review Activation*** | GB | $225 |
| Selective Image (Tiff/PDF) Creation | Page | $0.03 |
| Image Endorsement | Page | $0.02 |
| OCR | Page | $0.02 |
| Image Format Conversion | Page | $0.02 |
| Searchable PDF Creation | Page | $0.04 |
| Processing Technical Services | Hourly | $175 |
| Advanced Processing Technical Services | Hourly | $275 |
| **HOSTING** | | |
| Data Storage** | GB/Mo. | $20 |
| User License | User/Mo | $100 |
| Project Management/Technical Services | Hour | $195 |
| **ADDITIONAL SERVICES** | | |
| Data Handling (Intake of Media or Copy to Media/HD – Passkey HDs used as default) | Each | $50 (CD/DVD/ftp/intake) |
| Relativity Analytics: Includes Predictive Coding, Clustering, Email Threading, Near Dupe | GB | $100 |
| Foreign Language Translation*** (Automated) | Doc | TBD |
| Near-Line Data Storage | GB/Mo. | $5 |
| Re-Activation Fee for near-line cases | Each | $500 |
| Engineering/Custom Requests | Hourly | $275 |

*Per GB processing fees based on expanded/uncompressed data size.

** Storage fee consists of: Database Files (metadata/text/database), Activated Native Files.

*** Prices vary based on volume

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of Modus eDiscovery Inc. and is to be used only for the purpose of assessing the proposed services to be performed by Modus.
© MODUS 2016