# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER  
LEE A. GINSBERG  
———  
NADJIA LIMANI  
OF COUNSEL  
———  
CHARLENE RAMOS  
OFFICE MANAGER

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10038  
———  
(212) 608-0808  
TELECOPIER (212) 962-9696  
E-MAIL: FNGLAW@AOL.COM  
WWW.FNGLAW.COM

February 16, 2017

BY ECF  
Honorable P. Kevin Castel  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: United States v. Tucker  
16 CR 91

Dear Judge Castel:

     Given the voluminous nature of the Motions in Limine in this matter, we write to request oral argument on the motions and if the Court permits such oral argument to schedule a date for such a conference. In addition, we write to inquire whether the Court plans to sit Monday through Friday for the upcoming trial in this matter. Because the defendants and counsel for Tim Muir reside in Kansas and will have to make accommodations for trial, it would facilitate this process if the parties were aware of the Court's inclination regarding scheduling.

     Respectfully Submitted,

     /s/ Lee A. Ginsberg

     _____  
     Lee A. Ginsberg