# EXHIBIT A

**FREDERICKS PEEBLES & MORGAN LLP**
ATTORNEYS AT LAW

CONLY J. SCHULTE
3610 N 163rd Plaza
Omaha, NE 68116
T: 402.333.4053
F: 402.333.4761
E: cschulte@ndnlaw.com
www.ndnlaw.com

July 26, 2010

R. Pete Smith, Esq.
McDowell, Rice, Smith & Buchanan, P.C.
10895 Lowell Avenue
Overland Park, KS 66210

Re: *Scott Tucker v. AMG Services, Inc.*
Case No. 10-CV-1084
District Court, Wyandotte County, KS

Dear Mr. Smith:

I am legal counsel for AMG Services, Inc., ("AMG") and am in receipt of the Summons and Petition in the above-referenced matter. As Mr. Tucker is well aware, and as he acknowledges in his Petition, AMG is a wholly-owned governmental instrumentality of the Miami Tribe of Oklahoma. As such, AMG enjoys the Miami Tribe's sovereign immunity from unconsented suit. See, e.g., *See, e.g., Kiowa Tribe of Oklahoma v. Mfg. Technologies Inc.*, 523 U.S. 751, 754 (1998).

Please be advised that neither the Miami Tribe nor AMG has consented to the above-referenced suit, nor will the Tribe and AMG consent to the exercise of jurisdiction over AMG by the State of Kansas for any reason whatsoever. Furthermore, it has been, and continues to be, the position of the Miami Tribe and AMG that the merger between CLK and AMG is governed by the laws of the Miami Tribe of Oklahoma, and that under the law of the Miami Tribe, the merger is valid and effective for all purposes, with an effective date no later than June 24, 2008, and that the State of Kansas would do well to accord full faith and credit to this Tribal-law merger. Accordingly, AMG will not answer or otherwise file a responsive pleading in the above-referenced matter for any purpose.

Sincerely,

Conly J. Schulte

CJS/cjc
AMG-Tucker 7-21-10 Smith