UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                      SUPPLEMENTAL ORDER

          v.                              16 CR 91 (PKC)

SCOTT TUCKER,

                          Defendant.
-----------------------------------------------------------X

P. KEVIN CASTEL,
United States District Judge:

      Upon the application of Lee Ginsberg, Criminal Justice Act attorney for defendant

SCOTT TUCKER, it appearing that the following witnesses who have been subpoenaed by the

defendant to testify at his trial did not complete their testimonies by October 2, 2017, need to

have the cost of their hotel stays for October 2, 2017 to October 3, 2017 paid for by the U.S.

Marshal's Service, it is hereby ORDERED

> (1) that the U.S. Marshal furnish Derek Douglas of Independence, Missouri with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

> (2) that the U.S. Marshal furnish Clifford A. Cohen of Overland Park, Kansas with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

> (3) that the U.S. Marshal furnish Douglas Lankford of Miami, Oklahoma with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

> (4) that the U.S. Marshal furnish Conly Schulte of Louisville, Colorado with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

(5) that the U.S. Marshal furnish Lance Morgan of Winnebago, Nebraska with
subsistence from October 2, 2017 until October 3, 2017, to include overnight
lodging and meals in the New York City area from October 2, 2017 to October 3,
2017.


Dated: New York, NY
        October    , 2017


                                         _____
                                         HON. P. KEVIN CASTEL
                                         U.S. DISTRICT JUDGE