UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

          v.

SCOTT TUCKER,

          Defendant.
----------------------------------------------------------X

SUPPLEMENTAL ORDER
16 CR 91 (PKC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/17

P. KEVIN CASTEL,
United States District Judge:

      Upon the application of Lee Ginsberg, Criminal Justice Act attorney for defendant SCOTT TUCKER, it appearing that the following witnesses who have been subpoenaed by the defendant to testify at his trial did not complete their testimonies by October 2, 2017, need to have the cost of their hotel stays for October 2, 2017 to October 3, 2017 paid for by the U.S. Marshal's Service, it is hereby ORDERED

      (1) that the U.S. Marshal furnish Derek Douglas of Independence, Missouri with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

      (2) that the U.S. Marshal furnish Clifford A. Cohen of Overland Park, Kansas with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

      (3) that the U.S. Marshal furnish Douglas Lankford of Miami, Oklahoma with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

      (4) that the U.S. Marshal furnish Conly Schulte of Louisville, Colorado with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

(5) that the U.S. Marshal furnish Lance Morgan of Winnebago, Nebraska with subsistence from October 2, 2017 until October 3, 2017, to include overnight lodging and meals in the New York City area from October 2, 2017 to October 3, 2017.

Dated: New York, NY
October  , 2017

                                    _____
                                    HON. P. KEVIN CASTEL
                                    U.S. DISTRICT JUDGE