UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :

UNITED STATES OF AMERICA,         :   Case No. 16-cr-91 (PKC)

               Plaintiff,      :

                           :   **NOTICE OF APPEARANCE**

         vs.               :

SCOTT TUCKER and TIMOTHY MUIR,   :

           Defendants.    :

                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that William C. Cagney and Rodman E. Honecker, attorneys in good standing of the bar of this Court and members of the law firm Windels Marx Lane & Mittendorf, LLP, hereby appear as counsel on behalf of Conly J. Schulte in the above captioned action, and hereby request that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York       WINDELS MARX LANE & MITTENDORF, LLP
      October 9, 2017

                                By:   /s/ Rodman E. Honecker
                                    Rodman E. Honecker
                                    156 W. 56th Street
                                    New York, New York 10019
                                    Telephone:   212-237-1000
                                    Facsimile:   212-262-1215
                                    rhonecker@windelsmarx.com

                                  *Counsel to Conly J. Schulte*

{40719824:1}