

**WINDELS MARX** | Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

William C. Cagney
212-237-1000
wcagney@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

# MEMO ENDORSED

October 9, 2017

<u>VIA FAX (212)805-7949</u>

Honorable J. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Courtroom 11D
Daniel Patrick Moynihan
Unites States Courthouse

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/17
```

RE: United States of America v. Scott Tucker and Timothy Muir
16-cr-91 (PKC)

Dear Judge Castel:

    We represent Fredericks Peebles & Morgan LLP, including its partner Conly J. Schulte, which has represented the Santee tribe and tribal entities (Santee) and the Modoc tribe and tribal entities (Modoc) as the record before you demonstrates. James E. Nesland has represented the Santee and Modoc tribes and tribal entities in connection with the referenced matter and the underlying grand jury investigation. He joins in the below request. I have shared a copy of this letter with the prosecuting Assistant United States Attorneys and requested that the government consent to the granting of the below request.

    I understand that Tim Muir is making production pursuant to a trial subpoena, which Your Honor has enforced, limited to all communications about payday lending between Mr. Muir and Mr. Schulte for the time period 2006-2013. I also understand that the production is being made without particularized review of each item of the production, such that there might occur production of underlying communications and work product involving the Santee and the Modoc that do not relate to payday lending, and/or that might remain privileged or protected without a waiver, and/or that might be included with or embedded within or attached to the items being produced but that cannot be within the ambit of Your Honor's ruling as a matter of law. Neither the Santee nor the Modoc have ever waived their respective attorney client privilege or work product protection in any manner, and they continue to instruct counsel to invoke their respective privilege and protection.



Rule 502 of the Federal Rules of Evidence provides a protective mechanism for this very dilemma. Rule 502(d) states: "A federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court – in which event the disclosure is also not a waiver in any other federal or state proceeding."

Accordingly, it is respectfully requested that the Court endorse this letter, so ordered, such that the production by Mr. Muir pursuant to the trial subpoena shall not constitute a waiver either in the referenced matter or in any other federal or state proceeding.

Respectfully submitted,

William C. Cagney

Rodman E. Honecker

cc: Counsel of Record via ECF
James E. Nesland, Esq.
Law Offices of James E. Nesland LLC
14252 E Caley Avenue
Aurora, Colorado 80016
303-807-9449
JENesland@comcast.net

*[Handwritten endorsement:]* The production by Mr. Muir pursuant to the trial subpoena shall not constitute a waiver of privilege or work product production in this or any other federal or state proceeding. Nothing herein alters the scope or efficacy of the Court's ruling on the crime-fraud exception. SO ORDERED. /s/ USDJ 10-10-17

{40719808:1}



User No.: 0649                                              Client No.: 307214-1

## WINDELS MARX LANE & MITTENDORF, LLP
### 120 Albany Street Plaza
### New Brunswick, New Jersey 08901
### Telephone: (732) 846-7600
### Facsimile: (732) 846-8877

Bonita Springs, FL
New York, NY                                               Stamford, CT

## FACSIMILE COVER SHEET

| | | | |
|---|---|---|---|
| DATE: | OCTOBER 9, 2017 | NO. OF PAGES INCLUDING COVER: | 3 |
| TO: | Hon. J. Kevin Castel, USDJ | FACSIMILE NO.: (212)805-7949 | |
| FROM: | Rodman E. Honecker, Esq. | FACSIMILE NO.: | (732) 846-8877 |
| | | TELEPHONE NO.: | (732) 448-2534 |

**COMMENTS:** Re: USA v. Scott Tucker, et al., 16-cr-91

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive such information. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify our office immediately by telephone. Thank you.

{40505451:2}