DOCKET No. **16 cr 91 (PKC)** DEFENDANT: **Scott Tucker / Timothy Muir**

AUSA **Velador** DEF.'S COUNSEL **Roth Ginsberg / Bath → Tucker Muir**

☐ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA

☐ _____ INTERPRETER NEEDED ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.    DATE OF ARREST _____ ☐ VOL. SURR.
                                                      TIME OF ARREST _____ ☐ ON WRIT
☐ Other: _____                        TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION    ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT    ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION    ☐ HOME DETENTION    ☐ CURFEW    ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

*[Stamp: U.S. DISTRICT COURT FILED OCT 13 2017 S.D. OF N.Y. DS]*

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:
**Existing bail conditions for Scott Tucker and Timothy Muir continue with home confinement (eff. immediately) and electronic monitoring to be implemented by PTS by Oct 17, 2017.**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED            ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED            ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____    ☐ ON DEFENDANT'S CONSENT

DATE: **10-13-17**                _____
                                   UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.
                                   *District*